NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1450, -1451, -1452, -1468, -1469, 2010-1017

IN RE KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION

--------------------------------------------------------------------------

RONALD A. KATZ TECHNOLOGY LICENSING LP,

Plaintiff-Appellant,

v.

AMERICAN AIRLINES, INC.,

Defendant-Appellee,

and

FEDEX CORPORATE SERVICES, INC., FEDEX CORPORATION,
FEDEX CUSTOMER INFORMATION SERVICES, INC.,
and FEDERAL EXPRESS CORPORATION,

Defendants-Appellees,

and

DHL EXPRESS (USA), INC., DHL HOLDINGS (USA), INC.,
and SKY COURIER, INC.,

Defendants-Appellees,

and

U.S. BANCORP and U.S. BANK NATIONAL ASSOCIATION,

Defendants-Appellees,

and

TIME WARNER CABLE, INC., TIME WARNER ENTERTAINMENT COMPANY, L.P., TIME WARNER NY CABLE LLC, AOL, LLC, COMPUSERVE INTERACTIVE SERVICES, INC., NETSCAPE COMMUNICATIONS CORP., CHARTER COMMUNICATIONS ENTERTAINMENT I LLC, CHARTER COMMUNICATIONS HOLDING COMPANY LLC, CHARTER COMMUNICATIONS OPERATING LLC, and CHARTER COMMUNICATIONS, INC.,

Defendants,

and

CSC HOLDINGS, INC. (now known as CSC Holdings, LLC), CABLEVISION SYSTEMS CORPORATION, CABLEVISION SYSTEMS NEW YORK CITY CORPORATION, CABLEVISION OF BROOKHAVEN, INC., CABLEVISION OF CONNECTICUT CORPORATION, CABLEVISION OF HUDSON COUNTY, INC., CABLEVISION OF LITCHFIELD, INC., CABLEVISION OF MONMOUTH, INC., CABLEVISION OF NEW JERSEY, INC., CABLEVISION OF OAKLAND LLC, and CABLEVISION OF ROCKLAND/RAMAPO LLC,

Defendants-Appellees,

and

TDS METROCOM LLC, TDS TELECOMMUNICATIONS CORPORATION, and UNITED STATES CELLULAR CORPORATION,

Defendants.

Appeals from the United States District Court for the Central District of California in case nos. 2:07-ML-1816, 07-CV-2192, 07-CV-2196, 07-CV-2360, and 07-CV-2134 Judge R. Gary Klausner.

ON MOTION

ORDER

Ronald A. Katz Technology Licensing L.P. moves that the court correct the docket to reflect the extension granted by the court on April 20, 2010 for Katz to file its reply brief on June 2, 2010.

The court notes that an order issued on April 30, 2010, reflecting the due date for Katz's consolidated reply brief as June 2, 2010.

Accordingly,

IT IS ORDERED THAT:

The motion is moot.

FOR THE COURT

<u>MAY 0 5 2010</u>
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Stephen C. Neal, Esq.
Christopher S. Ruhland, Esq.
Jonathan R. Spivey, Esq.
Mike McKool, Jr., Esq.
Josh A. Krevitt, Esq.
Kara F. Stoll, Esq.

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 5 2010

s21

JAN HORBALY
CLERK